**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **CHARLOTTE FONDREN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No. 4:23-CV-1217 PLC** |
| | ) |
| **WALMART, INC.,** | ) |
| | ) |
| **Defendant.** | ) |

**MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Walmart, Inc.'s Motion to Designate Mediator. [ECF No. 71] The Court will enter an expedited briefing schedule on this motion. See Eastern District of Missouri Local Rule 4.01 (B), (C) (establishing time for filing response and reply to motions "[e]xcept as otherwise provided…by order of the Court").

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff may file any response to Defendant's Motion to Designate Mediator on or before **August 27, 2024 at 12:00 p.m**.

**IT IS FURTHER ORDERED** that Defendant may file any reply to Plaintiff's response on or before **August 29, 2024, at 12:00 p.m**.

**IT IS FINALLY ORDERED** that a hearing is set on this matter before Judge Patrica L. Cohen for **August 30, 2024, at 10:00 a.m**. in Courtroom 9N of the Thomas Eagleton Courthouse.

_____
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 20th day of August, 2024

1