UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLOTTE FONDREN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:23-CV-1217 PLC |
| | ) |
| WALMART, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on Plaintiff's Voluntary Motion to Dismiss with Prejudice. [ECF No. 100] Plaintiff states the parties settled this action "pursuant to negotiations and memorialized in an executed settlement agreement." [ECF No. 100] Plaintiff requests to voluntarily dismiss the action with prejudice. [ECF No. 100]

**IT IS HEREBY ORDERED** that Plaintiff's Voluntary Motion to Dismiss with Prejudice [ECF No. 100] is **GRANTED**. Plaintiff's action against Defendant is **DISMISSED with prejudice**.

PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 22nd day of January, 2025